ACCEPTED
01-15-00060-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 4:00:47 PM
CHRISTOPHER PRINE
CLERK

Daryl Barnes

May 15th ,2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/15/2015 4:00:47 PM

CHRISTOPHER A. PRINE
Clerk

ECF

Re:     *Daryl Barnes et.al.,*
*V*
*Kevin Fulton and National Housing Development Corporation*
*Civil Action No. 01-15-00060*

I am  counsel  in the afore mentioned cause of action styled and captioned. Appellants Daryl Barnes and Demeatrice Goff hereby moves the Court, pursuant to Rule 10.5 (b)  of the T.R.A.P., *Texas Rules of Appellate Procedure*, for an extension of time of thirty days in which to file their Brief. The Brief currently is due , May 30th 2015.

This is the appellant's second request for an extension of time, the first being dismissed as moot due to procedural error. If the Court grants this request, the Brief will be due on Wednesday, April 30th 2015.

The Record in this case is very long, and numerous exhibits, indeed the docket that is 201234954 clerks docket is  in and of itself an exhibit.

There is also a pending Motion For Recusal of the Honorable Michael Gomez  that was filed into the 129th Judicial District Court on April 17th 2015. The Honorable court clerk has been contacted on several occassion to inquire as to the date the Honorable Court will rule on the pending motion.

 The petitioners spoke with the  courts clerk on May 6th 2015 again to inquire about the pending motion and the expected ruling, being told by the court clerk that he would get back with me, needless to say he never did.

Petitioners (Barnes Contacted the court on May 14th 2015 and reminded the court clerk of the hard date set in the first court of appeals as to the appellate briefing deadline of May 30th 2015.The Petitioners was told by the court clerk after inquiry whether the Honorable Judge would prefer I set it for hearing or set it for submission The Petitioners was told by the court clerk that the judge would rule without the necessity of a hearing.

This legal limbo created by the legal status of the pending motion have and will effect all future filings within the 129th via the petitioners cause of action ( No.2012-34954 ) .

The effect of the legal has created another consequence the petitioners cannot come to any sensible decision as to the legal avenues and options and their execution.

There is also a pending motion for rehearing that the Honorable Judge Gomez has not ruled on. This too,has added to the legal void the appellants find themselves. Petitioners request for mandamus review or the Filing of the petitioners appellate brief…… we do not know and can't possibly  make the appropriate legal decision without some movement on the part of  the Honorable Michael Gomez.

Appellants' are in contact with administrative Judge of the District court in Harris County and hope to remedy the situation soon.

The petitioners are cognizant that the Court disfavors extensions of time and rarely grants those greater than fourteen days. But given the voluminous Record and the importance of briefing of the highest quality to at least the petitioner's liberty and the Court's decision-making process, the appellant requests thirty days to make certain that the issues on appeal are fully briefed and presented well to the Court

The appellants beg the courts indulgence at this point

Accordingly, this Court should extend the time in which to file the Brief of the Appellant until April 19$^{th}$2015.

Wherefore, Appellant s Daryl Barnes and Demeatrice Goff respectfully requests an extension of time of thirty days in which to file his Brief.

Respectfully submitted,

Daryl Barnes          /s/<u>Daryl Barnes</u>
Demeatrice Goff          /s/ <u>Demeatrice Goff</u>
7741 James Franklin
Houston, Tx 77088
Email:  dbarnes.humble@gmail.com
Email: dgoff.humble@gmail.com
Phone   (832)988-0403

Respectfully Submitted

Cc all attorneys of record



Daryl Barnes                                                            /s/ <u>Daryl Barnes</u>
dbarnes.humble
832-988-0403

**Certificate of Service**
     As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on March 16th 2015 as follows:
defendant[Kevin Fulton]
Attorney for Defendant Kevin Fulton Valex Duke Amos
        By fax email ECF

Defendant National Housing Development Corporation
General Counsel Phillip Lee
 9421 Haven Avenue
Rancho Cucamonga, CA 91730
Phone: (909) 483-2444
Fax: (909) 483-2448
By Email Fax and ECF